UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LERSTON M., <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 2:24-CV-03813-DDP-KES <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, briefs, and other records on file herein (Dkt. 1, 7, 8, 10, 11), and the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 13). Further, no objections to the R&R have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

    IT IS THEREFORE ORDERED that: the R&R is accepted and approved, and Judgment shall be entered reversing the decision of the Commissioner.

DATED: May 9, 2025

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE