JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LERSTON M., | Case No. 2:24-cv-03813-DDP-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARTIN O'MALLEY, | |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Report and Recommendation (Dkt. 13), the decision of the Commissioner of the Social Security Administration is reversed and this action is remanded for further proceedings consistent with the Report and Recommendation.

DATED: May 9, 2025

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE